UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES AL-PINE,

Petitioner,

v.

DAVID HITTNER,

Respondent.

Case No. 18-cv-05038-JD

**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION**

Re: Dkt. Nos. 2, 5

Petitioner, a Texas prisoner, filed a pro se petition for a writ of habeas corpus. Petitioner seeks relief regarding a federal case in the United States District Court in Texas. However, a federal district court lacks authority to issue a writ of mandamus to another district court. *See Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1393 (9th Cir. 1987) (*citing Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C. 1986)). Petitioner must seek relief in the district court where his case was filed or the appropriate Court of Appeals.

For the foregoing reasons:

1. Petitioner's motion to proceed in forma pauperis (Docket No. 5) is **GRANTED**. His motion for an order to show cause (Docket No. 2) is **DENIED**.

2. The petition is **DISMISSED** for the reasons set forth above. A Certificate of Appealability is **DENIED**. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
JAMES DONATO
United States District Judge

CHARLES AL-PINE,

        Plaintiff,

   v.

DAVID HITTNER,

        Defendant.

Case No. 18-cv-05038-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles  Al-Pine ID: #1422624
G12-F78 Cell
James V. All-Red Unit 2101
F.M. 369
Iowa  Park, TX 76367

Dated: September 12, 2018

Susan Y. Soong
Clerk, United States District Court

dism

By: *Lisa R. Clark*

LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO